## FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2558
LT Case No. 23-00942

_____

DAVID DOUBROFF,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

    Appellee.

_____

Administrative appeal from the Reemployment Assistance
Appeals Commission.

David Doubroff, St. Augustine, pro se.

No Appearance for Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____